UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jose L. Linares |
| v. | : | Criminal No. 10-14 (JLL) |
| NICHOLAS R. MASI | : | <u>ORDER FOR DISMISSAL</u> |

      Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, Paul J. Fishman, the United States Attorney for the District of New Jersey, hereby dismisses Counts 2 through 10 of the Indictment, Criminal No. 10-14, against defendant Nicholas R. Masi ("Defendant"), charging Defendant with being an officer, clerk, agent, and other employee of the United States, namely, the United States Postal Service, charged with the duty of keeping accounts and records of any kind, with intent to deceive, mislead, injure, and defraud, made in such accounts and records a false and fictitious entry and record of a matter relating to and connected with his duties, as set forth in the Indictment, in violation of Title 18, United States Code, Sections 2073 and 2, because further prosecution is not in the interests of the United States at this time.

      This dismissal is without prejudice.

_____<br>
Paul J. Fishman<br>
United States Attorney

      Leave of Court is granted for the filing of the foregoing dismissal.

_____<br>
HON. JOSE L. LINARES<br>
United States District Judge

Dated: JANUARY 29th, 2010.