UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jose L. Linares |
| v. | : | Crim. No. 10-14 (JLL) |
| NICHOLAS R. MASI | : | ORDER FOR CONTINUANCE |

This matter having been opened to the Court by Paul J. Fishman, United States Attorney for the District of New Jersey (André M. Espinosa, Assistant U.S. Attorney, appearing), and Nicholas R. Masi (Peter Carter, Esq., appearing) for an order granting a continuance of the proceedings in the above-captioned matter for a period from February 17, 2010, through April 16, 2010, to allow the parties to conduct plea negotiations and attempt to finalize a plea agreement; and the defendant being aware that he has the right under 18 U.S.C. § 3161(c)(1) to a trial within seventy (70) days of his indictment; and the defendant, through his attorney, having waived such rights and consented to the continuance; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations currently are in progress, and both the United States and the defendant desire additional time to enter the plea in Court, which would thereby render trial of this matter unnecessary.

2. Defendant has consented to the aforementioned continuance.

3. The grant of a continuance will likely conserve judicial resources.

4. Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this 1st day of ~~February~~ MARCH, 2010,

ORDERED that the proceedings in the above-captioned matter are continued from February 17, 2010, through April 16, 2010; and,

IT IS FURTHER ORDERED that the period between February 17, 2010, through April 16, 2010, shall be excludable in computing time under the Speedy Trial Act of 1974; and,

HON. JOSE L. LINARES
United States District Judge

I hereby consent to the form and entry of this order:

Pater Carter, Esq.
Attorney for Nicholas R. Masi

Date: 2-17-10

André M. Espinosa
Assistant United States Attorney

Date: 2-17-10