UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jose L. Linares |
| v. | : | Criminal No. 10-14(JLL) |
| NICHOLAS R. MASI | : | <u>ORDER FOR DISMISSAL</u> |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, Paul J. Fishman, the United States Attorney for the District of New Jersey, hereby dismisses Count One of the Indictment, Criminal No. 10-14, against defendant Nicholas R. Masi ("Defendant"), charging that Defendant did, while being an employee of the United States Postal Service, knowingly and intentionally and without authorization loan, use, pledge, hypothecate and convert to his own use, money and property coming into his hands and under his control in any manner in the execution and under color of his office, employment and service, as set forth in the Indictment, in violation of Title 18, United States Code, Sections 1711 and Section 2, because further prosecution is not in the interests of the United States at this time.

This dismissal is without prejudice.

_____
Paul J. Fishman
United States Attorney

        Leave of Court is granted for the filing of the foregoing dismissal.

                                                  HON. JOSE L. LINARES
                                                  United States District Judge

Dated: October ___, 2010.